United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 21, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-30864
Conference Calendar

_____

NAOMI SANDRES,

                                    Plaintiff-Appellant,

versus

STATE OFFICE OF GENERAL COUNSEL, ET AL.,

                                    Defendants,

OFFICE OF ATTORNEY GENERAL; ROSE WOODEN,

                                    Defendants-Appellees

--------------------
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:03-CV-712-C
--------------------

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:*

    Naomi Sandres appeals the district court's grant of summary

judgment in favor of Rose Wooden and the dismissal of her civil

claims against Wooden pursuant to FED. R. CIV. P. 12(b)(6).  Her

claims against the other defendants in the lawsuit remain to be

adjudicated.

_____

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

When an action involves multiple parties or multiple claims, any decision that adjudicates the liability of fewer than all of the parties does not terminate the action and is therefore not appealable unless certified by the district court under FED. R. CIV. P. 54(b). Borne v. A & P Boat Rentals No. 4, Inc., 755 F.2d 1131, 1133 (5th Cir. 1985); Thompson v. Betts, 754 F.2d 1243, 1245 (5th Cir. 1985). The district court has not certified the order for appeal. Accordingly, this court is without jurisdiction, and the appeal is dismissed.

We have previously dismissed an appeal filed by Sandres as frivolous. See Sandres v. Div. of Admin., No. 02-31244 (5th Cir. Aug. 19, 2003). Sandres is warned that sanctions may be imposed if she continues to file appeals for which there is no jurisdiction or that are frivolous. These sanctions may include monetary sanctions and restrictions on her ability to file pleadings.

APPEAL DISMISSED; SANCTION WARNING ISSUED.